UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

GREGORY S. GUYER  Case No.: 1-16-04500-HWV
VICTORIA E. GUYER  Chapter 13
    Debtor(s)

NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**
Creditor Name: MIDLAND MORTGAGE COMPANY
Court Claim Number: 17
Last Four of Loan Number: 7 Clear Run - PRE-ARREARS - 6616
Property Address if applicable: 7 CLEAR RUN DRIVE, , SHREWSBURY, PA17361

**PART 2: CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a. Allowed prepetition arrearages: $459.93
b. Prepetition arrearages paid by the Trustee: $459.93
c. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): $0.00
d. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: $0.00
e. Allowed postpetition arrearage: $0.00
f. Postpetition arrearages paid by the Trustee: $0.00
g. Total b, d, f: $459.93

**PART 3: POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: August 30, 2021          Respectfully submitted,

         s/ Jack N. Zaharopoulos
         Standing Chapter 13 Trustee
         Suite A, 8125 Adams Drive
         Hummelstown, PA  17036
         Phone:  (717) 566-6097
         Fax:  (717) 566-8313
         eMail:  info@pamd13trustee.com

Creditor Name:  MIDLAND MORTGAGE COMPANY
Court Claim Number:  17

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1168324 | 06/13/2017 | $459.93 | $0.00 | $459.93 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:
    GREGORY S. GUYER                      Case No.: 1-16-04500-HWV
    VICTORIA E. GUYER                     Chapter 13
          Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 30, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

MICHAEL CAUM, ESQUIRE                    SERVED ELECTRONICALLY
PO BOX 272
SHREWSBURY PA, 17361-

MIDLAND MTG CO                            SERVED BY 1ST CLASS MAIL
999 NW GRAND
SUITE 110
OKLAHOMA CITY, OK, 73118-6077

GREGORY S. GUYER                          SERVED BY 1ST CLASS MAIL
VICTORIA E. GUYER
7 CLEAR RUN DRIVE
SHREWSBURY, PA 17361

I certify under penalty of perjury that the foregoing is true and correct.

Date: August 30, 2021                      s/ Liz Joyce
                                                    Jack N. Zaharopoulos
                                                    Standing Chapter 13 Trustee
                                                    Suite A, 8125 Adams Drive
                                                    Hummelstown, PA 17036
                                                    Phone: (717) 566-6097
                                                    Fax: (717) 566-8313
                                                    eMail: info@pamd13trustee.com