United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Gregory S. Guyer  
Victoria E. Guyer  
    Debtors

Case No. 16-04500-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Sep 03, 2021      Form ID: 3180W      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregory S. Guyer, Victoria E. Guyer, 7 Clear Run Drive, Shrewsbury, PA 17361-1254 |
| 4892806 | + | AmeriHome Mortgage Company, LLC, c/o Cenlar FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 4850557 | + | Amerihome Mortgage, PO Box 77404, Trenton, NJ 08628-6404 |
| 4886795 | + | Dominion Credit Union, PO Box 26646, Richmond VA 23261-6646 |
| 4850561 | | Dominion Credit Union, PO Box 71050, Charlotte, NC 28272-1050 |
| 4850562 | | Education Computer Systems Inc., PO Box 718, Wexford, PA 15090-0718 |
| 4850564 | + | Federal Loan Servicing Center, PO Box 69184, Harrisburg, PA 17106-9184 |
| 4850565 | | Food Service Card, Payment Processing Center, Des Moines, IA 50364-0001 |
| 4850566 | | Home Depot, Cardmember Services, PO Box 689147, Des Moines, IA 50368-9147 |
| 4850568 | + | Lowe's Customer Care, PO Box 1111, North Wilkesboro, NC 28659-1111 |
| 4890141 | | U.S. Department of Education, c/o Fedloan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4850556 | | Email/Text: bankruptcies@1stadvantage.org | Sep 03 2021 18:34:00 | 1st Advantage Credit Union, PO Box 2116, Newport News, VA 23609-0116 |
| 4850558 | | Email/Text: bankruptcy@bbandt.com | Sep 03 2021 18:34:00 | BB&T, Attn: Bankruptcy Department, PO Box 200, Wilson, NC 27893 |
| 4853099 | | Email/Text: bankruptcy@bbandt.com | Sep 03 2021 18:34:00 | BB&T, PO Box 1847, Wilson, NC 27894-1847 |
| 4850560 | + | EDI: CITICORP.COM | Sep 03 2021 22:43:00 | Citi, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 4891220 | + | EDI: WFNNB.COM | Sep 03 2021 22:43:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 4850570 | + | EDI: CITICORP.COM | Sep 03 2021 22:43:00 | Macy's Credit and Customer Service, PO Box 8113, Mason, OH 45040 |
| 4882515 | | EDI: Q3G.COM | Sep 03 2021 22:43:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 4850563 | | EDI: WFNNB.COM | Sep 03 2021 22:43:00 | Express, c/o Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 4850559 | | EDI: JPMORGANCHASE | Sep 03 2021 22:43:00 | Chase Bank, PO Box 15298, Wilmington, DE 19850 |
| 4850567 | | Email/Text: pslater@langleyfcu.org | Sep 03 2021 18:34:31 | Langley Federal Credit Union, PO Box 120128, Newport News, VA 23612-0128 |
| 4889477 | | Email/Text: pslater@langleyfcu.org | Sep 03 2021 18:34:31 | Langley Federal Credit Union, Attn.: Accounts Control, PO Box 120128, Newport News, VA 23612-0128 |
| 4850569 | | EDI: RMSC.COM | | |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 03 2021 22:43:00 | Lowes, PO Box 981064, El Paso, TX 79998-1064 |
| 5139077 | + | EDI: AISMIDFIRST | Sep 03 2021 22:43:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 5139076 | + | EDI: AISMIDFIRST | Sep 03 2021 22:43:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 4879489 | + | EDI: MID8.COM | Sep 03 2021 22:43:00 | Midland Funding, LLC, Midland Credit Management, Inc., as agent for Midland Funding, LLC, PO Box 2011, WARREN, MI 48090-2011 |
| 4850571 | | EDI: NFCU.COM | Sep 03 2021 22:43:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 4891096 | | EDI: PRA.COM | Sep 03 2021 22:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4850572 | + | EDI: RMSC.COM | Sep 03 2021 22:43:00 | PayPal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 4865063 | | EDI: Q3G.COM | Sep 03 2021 22:43:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5109990 | + | Email/Text: bncmail@w-legal.com | Sep 03 2021 18:34:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 5109989 | + | Email/Text: bncmail@w-legal.com | Sep 03 2021 18:34:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 05, 2021　　　　　　　Signature:　　/s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2021 at the address(es) listed below:

**Name**　　　　　　　　**Email Address**

| | |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Janet M. Spears | on behalf of Creditor MIDFIRST BANK bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |
| Jerome B Blank | on behalf of Creditor AmeriHome Mortgage Company LLC pamb@fedphe.com |
| Mario John Hanyon | on behalf of Creditor AmeriHome Mortgage Company LLC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Michael R Caum | on behalf of Debtor 1 Gregory S. Guyer mikecaumesq@comcast.net |
| Michael R Caum | on behalf of Debtor 2 Victoria E. Guyer mikecaumesq@comcast.net |
| Rebecca Ann Solarz | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor AmeriHome Mortgage Company LLC tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | Gregory S. Guyer | Social Security number or ITIN xxx–xx–5826 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Victoria E. Guyer | Social Security number or ITIN xxx–xx–2530 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:16–bk–04500–HWV | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Gregory S. Guyer                    Victoria E. Guyer

**By the court:**

9/3/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**