United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 16-04500-HWV
Gregory S. Guyer  Chapter 13
Victoria E. Guyer
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 2
Date Rcvd: Nov 24, 2021    Form ID: fnldec    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2021:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + Gregory S. Guyer, Victoria E. Guyer, 7 Clear Run Drive, Shrewsbury, PA 17361-1254

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2021 at the address(es) listed below:

**Name**    **Email Address**

Jack N Zaharopoulos (Trustee)
    TWecf@pamd13trustee.com

Janet M. Spears
    on behalf of Creditor MIDFIRST BANK bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com

Jerome B Blank
    on behalf of Creditor AmeriHome Mortgage Company LLC pamb@fedphe.com

Mario John Hanyon
    on behalf of Creditor AmeriHome Mortgage Company LLC pamb@fedphe.com, mario.hanyon@brockandscott.com

Michael R Caum
    on behalf of Debtor 2 Victoria E. Guyer mikecaumesq@comcast.net

Michael R Caum

| | |
|---|---|
| | on behalf of Debtor 1 Gregory S. Guyer mikecaumesq@comcast.net |
| Rebecca Ann Solarz | |
| | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com |
| Thomas Song | |
| | on behalf of Creditor AmeriHome Mortgage Company LLC tomysong0@gmail.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Gregory S. Guyer, **Debtor 1** | Chapter 13 |
| Victoria E. Guyer, **Debtor 2** | Case No. 1:16−bk−04500−HWV |

Social Security No.:
xxx−xx−5826    xxx−xx−2530

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: November 24, 2021

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

**fnldec** (10/20)